UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-6341 JAK (MRWx) | Date | February 24, 2022 |
|---|---|---|---|
| Title | California Trucking Assoc. v. South Coast Air Quality Management Dist. | | |

Present: The Honorable    Michael R. Wilner

| Veronica Piper | Not Recorded |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| David Robinson<br>Thomas Richichi<br>Gary Smith | Matthew Zinn<br>David Petit<br>Timothy O'Connor<br>Alison Hahm<br>Candace Youngblood<br>Regina Hsu<br>Daniel Lucas |

Proceedings:   **ORDER RE: STATUS CONFERENCE**

The Court held an informal conference with the parties. The Court sets a further status conference on June 21, 2022, at 10:00 a.m.

                                                                                        :  30

                                                              Initials of Preparer      vp