HOLLAND & KNIGHT LLP
David A. Robinson, Esq. (SBN 107613)
david.robinson@hklaw.com
Marne S. Sussman, Esq. (SBN 273712)
marne.sussman@hklaw.com
Emily Martinez Lieban, Esq. (SBN 303079)
Emily.lieban@hklaw.com
Nicholas A. Dellefave, Esq. (SBN 323814)
nicholas.dellefave@hklaw.com
Three Park Plaza, Suite 1400
Irvine, CA  92614-8537
Telephone:  949.833.8550
Facsimile:  949.833.8540

Attorneys for Plaintiff CALIFORNIA TRUCKING ASSOCIATION

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT; The GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-06341-JAK-MRW<br><br>**NOTICE OF ERRATA RE FILING OF JOINT STIPULATION AND APPLICATION TO MODIFY ORDER SETTING PRETRIAL DEADLINES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff California Trucking Association ("CTA") respectfully submits this errata to the Joint Stipulation and Application to Modify Order Setting Pretrial Deadlines ("Stipulation"), which was filed October 4, 2022, at Docket no. 58, in order to correct an inadvertent clerical error.  The Stipulation was electronically filed on the CM/ECF system with "California Air Resources Board" indicated as the filer.  The filer of the Stipulation should correctly be CTA.

Dated: October 6, 2022

HOLLAND & KNIGHT LLP

By: */s/ David A. Robinson*
David A. Robinson
Marne S. Sussman
Emily Martinez Lieban
Nicholas A. Dellefave

Attorneys for Plaintiff CALIFORNIA TRUCKING ASSOCIATION

*California Trucking Association v. South Coast Air Quality Management District et al*
**United States District Court Case No.: 2:21-cv-06341-JAK-MRW**

CERTIFICATE OF SERVICE (CM/ECF)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is Three Park Plaza, Suite 1400, Irvine, CA 92614.

On October 6, 2022, I caused the foregoing document described as

**NOTICE OF ERRATA RE FILING OF JOINT STIPULATION AND APPLICATION TO MODIFY ORDER SETTING PRETRIAL DEADLINES**

to be served on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| ☒ | BY ELECTRONIC TRANSMISSION. In accordance with Federal Rules of Civil Procedure 5(d)(3) and Local Rule 5-4, I uploaded the above-listed document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system which electronically notifies the parties. |
| ☒ | FEDERAL I declare that I am employed in the offices of a member of the Bar of this Court at whose direction the service was made. |

Executed on October 6, 2022, at Irvine, California.

                                __*/s/ Michelle Woo*__
                                Michelle Woo

# SERVICE LIST

*California Trucking Association v. South Coast Air Quality Management District et al*
**United States District Court Case No.: 2:21-cv-06341-JAK-MRW_**

| | |
|---|---|
| Matthew D. Zinn, Esq.<br>Winter King, Esq.<br>Susannah T. French, Esq.<br>Aaron M. Stanton, Esq.<br>SHUTE, MIHALY &<br>  WEINBERGER LLP<br>396 Hayes Street<br>San Francisco, CA 94102-4421<br>Tel: (415) 552-7272 | Attorneys for Defendants<br>*South Coast Air Quality Management District and the Governing Board of the South Coast Air Quality Management District*<br><br>zinn@smwlaw.com<br>King@smwlaw.com<br>French@smwlaw.com<br>Stanton@smwlaw.com |
| Bayron T. Gilchrist, Esq.<br>Barbara Baird, Esq.<br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT OFFICE OF THE GENERAL COUNSEL<br>21865 Copley Drive<br>Diamond Bar, California 91765<br>Tel: (909) 396-3459 | Attorneys for Defendants<br>*South Coast Air Quality Management District and the Governing Board of the South Coast Air Quality Management District*<br><br>bgilchrist@aqmd.gov<br>bbaird@aqmd.gov |
| Gary J. Smith, Esq.<br>BEVERIDGE & DIAMOND PC<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251<br>Tel: (415) 262-4000 | Attorneys for Intervenor<br>*Airlines for America*<br><br>GSmith@bdlaw.com |
| Thomas Richichi, Esq.<br>Jennifer J. Leech, Esq.<br>BEVERIDGE & DIAMOND PC<br>1900 N Street NW, Suite 100<br>Washington D.C. 20036<br>Tel: (202) 789-6000 | Attorneys for Intervenor<br>*Airlines for America*<br><br>TRichichi@bdlaw.com<br>JLeech@bdlaw.com |
| Steven J. Elie<br>MUSICK, PEELER & GARRETT LLP<br>624 South Grand Avenue, Suite 2000<br>Los Angeles, CA 90017-3383<br>Tel: (213) 629-7745<br>Fax: (213) 624-1376 | Attorneys for Intervenor<br>*Airlines for America*<br><br>s.elie@musickpeeler.com |

| | | |
|---|---|---|
| 1 | Rob Bonta, Esq.<br>Attorney General of California<br>Gary E. Tavetian, Esq.<br>Supervising Deputy Attorney General<br>Robert Swanson, Esq.<br>Deputy Attorney General<br>Daniel M. Lucas, Esq.<br>1300 I St., Suite 125<br>Sacramento, CA 94244-2550<br>Tel: (916) 210-7808 | Attorneys for Intervenors<br>*State of California and California Air Resources Board*<br><br>Robert.Swanson@doj.ca.gov<br>Gary.Tavetian@doj.ca.gov<br>Daniel.Lucas@doj.ca.gov |
| 8 | Adriano L. Martinez<br>Candice L. Youngblood<br>EARTHJUSTICE<br>707 Wilshire Street, Suite 4300<br>Los Angeles, CA 90017<br>Tel: (415) 217-2000<br>Fax: (415) 217-2040 | Attorneys for Intervenors<br>*East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club*<br><br>amartinez@earthjustice.org<br>cyoungblood@earthjustice.org |
| 13 | Regina J. Hsu, Esq.<br>EARTHJUSTICE<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>Tel: (415) 217-2000<br>Fax: (415) 217-2040 | Attorneys for Intervenors<br>*East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club*<br><br>rhsu@earthjustice.org |
| 18 | Sean H. Donahue, Esq.<br>DONAHUE GOLDBERG & LITTLETON<br>1008 Pennsylvania Avenue SE<br>Washington, D.C. 20003<br>Tel.: (202) 277-7085<br>Fax: (202) 315-3582 | Attorneys for Intervenors<br>*Environmental Defense Fund*<br><br>sean@donahuegoldberg.com |
| 22 | Alison McLaurin Hahm, Esq.<br>Communities for a Better Environment<br>6325 Pacific Boulevard<br>Huntington Beach, CA 90255<br>Tel: (323) 826-9771 | Attorney for Intervenor<br>*Communities For A Better Environment*<br><br>ahahm@cbecal.org |
| 26 | Timothy J. O'Connor<br>Environmental Defense Fund, Inc.<br>123 Mission Street, 28th Floor<br>San Francisco, CA 94105<br>Tel: (916) 549-8423 | Attorney for Intervenor<br>*Environmental Defense Fund, Inc.*<br><br>toconnor@edf.org |

PROOF OF SERVICE

1  David R. Pettit, Esq.  Attorney for Intervenor
2  Natural Resources Defense Council, Inc.  *Natural Resources Defense Council*
3  1314 Second Street  dpettit@nrdc.org
   Santa Monica, CA 90401
4  Tel: (310) 434-2300

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE