HOLLAND & KNIGHT LLP
David A. Robinson, Esq. (SBN 107613)
david.robinson@hklaw.com
Marne S. Sussman, Esq. (SBN 273712)
marne.sussman@hklaw.com
Emily M. Lieban, Esq. (SBN 303079)
emily.lieban@hklaw.com
Nicholas A. Dellefave, Esq. (SBN 323814)
nicholas.dellefave@hklaw.com
Three Park Plaza, Suite 1400
Irvine, CA  92614-8537
Telephone:  949.833.8550
Facsimile:  949.833.8540

Attorneys for Plaintiff CALIFORNIA TRUCKING ASSOCIATION

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT; The GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-6341-JAK-MRW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: Jan. 23, 2023<br>Time: 8:30 a.m.<br>Ctrm: 10B<br>Judge: Hon. John A. Kronstadt<br><br>[*Filed concurrently with Memorandum of Points and Authorities, Separate Statement of Uncontroverted Facts, Declaration of C. Shimoda, Declaration of G. Owen, and Declaration of D. Robinson*] |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that on January 23, 2023 at 8:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, plaintiff California Trucking Association, a California corporation ("CTA"), by and through its attorneys of record, will and does hereby move this Court for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56-1, granting summary judgment in CTA's favor with respect to Count I (Declaratory/Injunctive Relief – Violation of the Clean Air Act), as set forth in CTA's complaint (Dkt. 1, ¶¶ 83-90). Specifically, CTA submits that contested Rule 2305 and Rule 316 are preempted by the Federal Clean Air Act, and therefore moves this Court for an order declaring those Rules preempted and invalid, and enjoining defendants South Coast Air Quality Management District and the District's Governing Board (collectively, "District") from enforcing them.

      This motion is based upon this notice and accompanying memorandum of points and authorities, the attached separate statement of uncontroverted facts and conclusions of law, the attached declarations of Chris Shimoda, Gregory Owen and David A. Robinson and exhibits thereto, the record of this proceeding to date, and any and all evidence that might be adduced at or before the scheduled hearing.

      This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 6, 2022.

Dated:      October 28, 2022      HOLLAND & KNIGHT LLP

      By: */s/ David A. Robinson*
      David A. Robinson
      Attorneys for Plaintiff CALIFORNIA TRUCKING ASSOCIATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*California Trucking Association v. South Coast Air Quality Management District et al*
**United States District Court Case No.: 2:21-cv-06341-JAK-MRW**

<u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Three Park Plaza, Suite 1400, Irvine, CA 92614.

On October 28, 2022, I caused the foregoing document described as

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

to be served on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| ☒ | BY ELECTRONIC TRANSMISSION.  In accordance with Federal Rules of Civil Procedure 5(d)(3) and Local Rule 5-4, I uploaded the above-listed document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system which electronically notifies the parties. |
| ☒ | FEDERAL I declare that I am employed in the offices of a member of the Bar of this Court at whose direction the service was made. |

Executed on October 28, 2022, at Irvine, California.

          ___/s/ Michelle Woo_____
          Michelle Woo

---

PROOF OF SERVICE

# SERVICE LIST

*California Trucking Association v. South Coast Air Quality Management District et al*
**United States District Court Case No.: 2:21-cv-06341-JAK-MRW**

| | |
|---|---|
| Matthew D. Zinn, Esq.<br>Susannah T. French, Esq.<br>Aaron M. Stanton, Esq.<br>SHUTE, MIHALY &<br>  WEINBERGER LLP<br>396 Hayes Street<br>San Francisco, CA 94102-4421<br>Tel: (415) 552-7272 | Attorneys for Defendants<br>*South Coast Air Quality Management District and the Governing Board of the South Coast Air Quality Management District*<br><br>zinn@smwlaw.com<br>French@smwlaw.com<br>Stanton@smwlaw.com |
| Bayron T. Gilchrist, Esq.<br>Barbara Baird, Esq.<br>Mary Reichert, Esq.<br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT OFFICE OF THE GENERAL COUNSEL<br>21865 Copley Drive<br>Diamond Bar, California 91765<br>Tel: (909) 396-3459 | Attorneys for Defendants<br>*South Coast Air Quality Management District and the Governing Board of the South Coast Air Quality Management District*<br><br>bgilchrist@aqmd.gov<br>bbaird@aqmd.gov<br>mreichert@aqmd.gov |
| Gary J. Smith, Esq.<br>BEVERIDGE & DIAMOND PC<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251<br>Tel: (415) 262-4000 | Attorneys for Intervenor<br>*Airlines for America*<br><br>GSmith@bdlaw.com |
| Thomas Richichi, Esq.<br>Jennifer J. Leech, Esq.<br>BEVERIDGE & DIAMOND PC<br>1900 N Street NW, Suite 100<br>Washington D.C. 20036<br>Tel: (202) 789-6000 | Attorneys for Intervenor<br>*Airlines for America*<br><br>TRichichi@bdlaw.com<br>JLeech@bdlaw.com |
| Steven J. Elie<br>MUSICK, PEELER & GARRETT LLP<br>624 South Grand Avenue, Suite 2000<br>Los Angeles, CA 90017-3383<br>Tel: (213) 629-7745<br>Fax: (213) 624-1376 | Attorneys for Intervenor<br>*Airlines for America*<br><br>s.elie@musickpeeler.com |

| | | |
|---|---|---|
| 1 | Rob Bonta, Esq.<br>Attorney General of California<br>Gary E. Tavetian, Esq.<br>Supervising Deputy Attorney General<br>Robert Swanson, Esq.<br>Deputy Attorney General<br>Daniel M. Lucas, Esq.<br>1300 I St., Suite 125<br>Sacramento, CA 94244-2550<br>Tel: (916) 210-7808 | Attorneys for Intervenors<br>*State of California and California Air Resources Board*<br><br>Robert.Swanson@doj.ca.gov<br>Gary.Tavetian@doj.ca.gov<br>Daniel.Lucas@doj.ca.gov |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Adriano L. Martinez<br>Candice L. Youngblood<br>EARTHJUSTICE<br>707 Wilshire Street, Suite 4300<br>Los Angeles, CA 90017<br>Tel: (415) 217-2000<br>Fax: (415) 217-2040 | Attorneys for Intervenors<br>*East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club*<br><br>amartinez@earthjustice.org<br>cyoungblood@earthjustice.org |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Regina J. Hsu, Esq.<br>EARTHJUSTICE<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>Tel: (415) 217-2000<br>Fax: (415) 217-2040 | Attorneys for Intervenors<br>*East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club*<br><br>rhsu@earthjustice.org |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Sean H. Donahue, Esq.<br>DONAHUE GOLDBERG & LITTLETON<br>1008 Pennsylvania Avenue SE<br>Washington, D.C. 20003<br>Tel.: (202) 277-7085<br>Fax: (202) 315-3582 | Attorneys for Intervenors<br>*Environmental Defense Fund*<br><br>sean@donahuegoldberg.com |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Alison McLaurin Hahm, Esq.<br>Communities for a Better Environment<br>6325 Pacific Boulevard<br>Huntington Beach, CA 90255<br>Tel: (323) 826-9771 | Attorney for Intervenor<br>*Communities For A Better Environment*<br><br>ahahm@cbecal.org |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Timothy J. O'Connor<br>Environmental Defense Fund, Inc.<br>123 Mission Street, 28th Floor<br>San Francisco, CA 94105<br>Tel: (916) 549-8423 | Attorney for Intervenor<br>*Environmental Defense Fund, Inc.*<br><br>toconnor@edf.org |
| 27 | | |
| 28 | | |

PROOF OF SERVICE

| | |
|---|---|
| David R. Pettit, Esq.<br>Natural Resources Defense Council, Inc.<br>1314 Second Street<br>Santa Monica, CA 90401<br>Tel: (310) 434-2300 | Attorney for Intervenor<br>*Natural Resources Defense Council*<br><br>dpettit@nrdc.org |

PROOF OF SERVICE