# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>Defendants.<br><br>AND RELATED CLAIMS | No. 2:21-cv-06341-JAK (MRWx)<br><br>**ORDER RE UNOPPOSED MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* (DKT. 75)** |

1 | Based on a review of the Unopposed Motion for Leave to Participate as *Amici Curiae* (the "Motion" (Dkt. 75)), sufficient good cause has been shown for the requested relief. Therefore, the Motion is **GRANTED**, as follows:

It is determined that the matters raised with respect to the Motion can be decided without oral argument. L.R. 7-15. Counsel are advised that the hearing on the Motion, noticed for hearing on February 6, 2023, at 8:30 a.m., has been taken under submission and off calendar. Because the Motion is unopposed, and sufficient good cause has been shown for the requested relief, the Motion is **GRANTED**. The Chamber of Commerce of the United States of America and the other *amici curiae* shall file the proposed brief on or before December 13, 2022.

**IT IS SO ORDERED.**

Dated:  December 8, 2022

_____
John A. Kronstadt
United States District Judge