# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, et al.,<br><br>    Defendants. | No. 2:21-cv-06341-JAK (MRWx)<br><br>**ORDER RE JOINT APPLICATION TO MODIFY PRETRIAL DEADLINES (DKT. 152)** |

1

1     Based on a review of the Joint Application to Modify Pretrial Deadlines (the
2 "Application" (Dkt. 152)), and per the parties' request, the Application shall be
3 disregarded in light of the ruling on the parties' prior Stipulation.

6 **IT IS SO ORDERED.**

8 Dated: July 24, 2023

9                             John A. Kronstadt
10                            United States District Judge