HOLLAND & KNIGHT LLP
David A. Robinson, Esq. (SBN 107613)
*david.robinson@hklaw.com*
Marne S. Sussman, Esq. (SBN 273712)
*marne.sussman@hklaw.com*
Emily M. Lieban, Esq. (SBN 303079)
*emily.lieban@hklaw.com*
Nicholas A. Dellefave, Esq. (SBN 323814)
*nicholas.dellefave@hklaw.com*
Three Park Plaza, Suite 1400
Irvine, CA  92614-8537
Telephone:  949.833.8550
Facsimile:  949.833.8540

Attorneys for Plaintiff CALIFORNIA TRUCKING ASSOCIATION

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TRUCKING ASSOCIATION, a California corporation,<br><br>    Plaintiff,<br><br>AIRLINES FOR AMERICA,<br><br>    Intervenor-Plaintiff,<br><br>vs.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT; The GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT; and DOES 1 through 25, inclusive,<br><br>    Defendants,<br><br>STATE OF CALIFORNIA; CALIFORNIA AIR RESOURCES BOARD; EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE; PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE; SIERRA CLUB; COMMUNITIES FOR A BETTER ENVIRONMENT; & ENVIRONMENTAL DEFENSE FUND,<br><br>    Intervenor-Defendants. | Case No.: 2:21-cv-06341-JAK-MRW<br><br>**JOINT STIPULATION AND CONSENT MOTION TO DISMISS WITH PREJUDICE**<br><br>Trial Date:    None Set<br><br>Judge: Hon.    John A. Kronstadt |

Holland & Knight LLP
3 Park Plaza, Suite 1400
Irvine, CA 92614-8537
Tel: 949.833.8550
Fax: 949.833.8540

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and this Court's Order on January 2, 2024 (Dkt. #163), Plaintiff California Trucking Association ("CTA"), Plaintiff-Intervenor Airline for America ("A4A") (collectively with CTA, "Plaintiffs"), Defendants South Coast Air Quality Management District and the Governing Board of the South Coast Air Quality Management District ("District"), and all Intervenor-Defendants (collectively with District, "Defendants") (collectively with Plaintiffs, "the Parties"), through their undersigned counsel, agree and stipulate, and hereby respectfully file their Joint Stipulation and Consent Motion to Dismiss with Prejudice the following causes of action in the above-captioned action so that this Court may enter final judgment:

- Counts III (Declaratory/Injunctive Relief — Violation of State Law — Authority) and IV (Declaratory/Injunctive Relief — Violation of State Law — Unlawful Tax) of CTA's Complaint (Dkt. #1). CTA's general requests for declaratory relief (Count V) and preliminary and permanent injunctive relief (Count VI) are also dismissed with prejudice insofar as they are based on CTA's state law claims.

- Counts 4 (Declaratory/Injunctive Relief — Violation of State Law — Authority) and 5 (Declaratory/Injunctive Relief — Violation of State Law — Unlawful Tax) of A4A's Complaint in Intervention (Dkt. #32). A4A's general requests for declaratory relief (Count 6) and preliminary and permanent injunctive relief (Count 7) are also dismissed with prejudice insofar as they are based on A4A's state law claims.

The Parties have agreed that each party will bear its own attorney's fees, expenses, and costs.

Respectfully submitted this 16th day of January, 2024.

| | | |
|---|---|---|
| DATED: January 16, 2024 | | HOLLAND & KNIGHT LLP |
| | By: | _/s/Marne S. Sussman_ |
| | | DAVID A. ROBINSON |
| | | MARNE S. SUSSMAN |
| | | EMILY MARTINEZ LIEBAN |
| | | NICHOLAS A. DELLEFAVE |
| | | |
| | | Attorneys for Plaintiff |
| | | CALIFORNIA TRUCKING ASSOCIATION |
| DATED: January 16, 2024 | | BEVERIDGE & DIAMOND PC |
| | By: | _/s/Thomas Richichi_ |
| | | GARY J. SMITH |
| | | THOMAS RICHICHI |
| | | CLAIRE S. McLEOD RUIZ |
| | | |
| | | Attorneys for Plaintiff-Intervenor |
| | | AIRLINES FOR AMERICA |

Holland & Knight LLP
3 Park Plaza, Suite 1400
Irvine, CA 92614-8537
Tel: 949.833.8550
Fax: 949.833.8540

- 3 -
JOINT STIPULATION AND CONSENT MOTION TO DISMISS WITH PREJUDICE

DATED: January 16, 2024  SHUTE, MIHALY & WEINBERGER LLP

By: ___*/s/Aaron M. Stanton*___
MATTHEW D. ZINN
AARON M. STANTON
RYAN K. GALLAGHER

Attorneys for Defendants
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT and THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

DATED: January 16, 2024  CALIFORNIA DEPARTMENT OF JUSTICE

By: ___*/s/Robert Swanson*___
GARY E. TAVETIAN
ROBERT SWANSON
DANIEL M. LUCAS

Attorneys for Defendant-Intervenors
STATE OF CALIFORNIA and CALIFORNIA AIR RESOURCES BOARD

DATED: January 16, 2024  NATURAL RESOURCES DEFENSE COUNCIL

By: ___*/s/David R. Pettit*___
DAVID R. PETTIT

Attorney for Defendant-Intervenor
NATURAL RESOURCES DEFENSE COUNCIL

Holland & Knight LLP
3 Park Plaza, Suite 1400
Irvine, CA 92614-8537
Tel: 949.833.8550
Fax: 949.833.8540

| | | |
|---|---|---|
| DATED: January 16, 2024 | | EARTHJUSTICE |
| | By: |    */s/Regina J. Hsu* |
| | | ADRIANO L. MARTINEZ |
| | | CANDICE L. YOUNGBLOOD |
| | | REGINA J. HSU |
| | | |
| | | Attorneys for Defendant-Intervenors EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB |
| DATED: January 16, 2024 | | COMMUNITIES FOR A BETTER ENVIRONMENT |
| | By: |    */s/Tyler Earl* |
| | | TYLER EARL |
| | | |
| | | Attorney for Defendant-Intervenor COMMUNITIES FOR A BETTER ENVIRONMENT |
| DATED: January 16, 2024 | | DONAHUE & GOLDBERG, LLP |
| | By: |    */s/Sean H. Donahue* |
| | | SEAN H. DONAHUE |
| | | |
| | | Attorney for Defendant-Intervenor ENVIRONMENTAL DEFENSE FUND |

I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in this stipulation's content and have authorized its filing.

DATED: January 16, 2024                HOLLAND & KNIGHT LLP


By: ____*/s/Marne S. Sussman*____
DAVID A. ROBINSON
MARNE S. SUSSMAN
EMILY MARTINEZ LIEBAN
NICHOLAS A. DELLEFAVE

Attorneys for Plaintiff
CALIFORNIA TRUCKING ASSOCIATION

1733048.1

Holland & Knight LLP
3 Park Plaza, Suite 1400
Irvine, CA  92614-8537
Tel: 949.833.8550
Fax: 949.833.8540