| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA TRUCKING ASSOCIATION, | No. 2:21-cv-06341-JAK (MRWx) |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| v. | **JS-6: CASE TERMINATED** |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, et al., | |
| Defendants. | |
| AND RELATED CLAIMS | |

After considering the moving and opposing papers and evidence, the arguments of counsel at the hearing on April 17, 2023, and the parties' stipulation that each had received adequate notice that the Court could grant summary judgment to either Plaintiffs or Defendants with respect to the claims brought under the federal Clean Air Act ("CAA"), Airline Deregulation Act ("ADA"), and/or Federal Aviation Administration Authorization Act ("FAAAA"), the Court issued an Order denying Plaintiffs' motions for summary judgment and granting summary judgment to

1  Defendants with respect to the claims brought under the CAA, ADA, and FAAAA. The
2  parties thereafter filed a joint stipulation and consent motion to dismiss with prejudice
3  Plaintiffs' remaining state law claims, which the Court has granted.
4      Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
5  Judgment is entered in favor of Defendants South Coast Air Quality Management
6  District and the Governing Board of the South Coast Air Quality Management District,
7  the State of California and the California Air Resources Board, East Yard Communities
8  for Environmental Justice, People's Collective for Environmental Justice, Sierra Club,
9  Natural Resources Defense Council, Communities for a Better Environment, and
10 Environmental Defense Fund and against Plaintiffs California Trucking Association and
11 Airlines for America, in accordance with and for the reasons stated in the Court's Order
12 denying Plaintiffs' motions for summary judgment and granting summary judgment to
13 Defendants as to the claims brought under the CAA, ADA, and FAAAA. Plaintiffs'
14 claims brought under the CAA, ADA, and FAAAA are dismissed on the merits and with
15 prejudice. The dismissal is also on the merits and with prejudice as to Plaintiffs' requests
16 for declaratory and injunctive relief on their claims brought under the CAA, ADA, and
17 FAAAA. Plaintiffs shall take nothing from Defendants. Each party shall bear its own
18 attorney's fees, expenses, and costs.

21 **IT IS SO ORDERED.**

23 Dated: January 18, 2024          _____
24                                   John A. Kronstadt
25                                   United States District Judge